FILED

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. NO. 1:07-CR-216-MEF |
| v. ) | [18 U.S.C. § 922(g)(1)] |
| ) | |
| ALEXANDER RUSSAW ) | INDICTMENT |
| ) | |

The Grand Jury charges:

### COUNT 1

On or about December 3, 2006, in Houston County, within the Middle District of Alabama,

**ALEXANDER RUSSAW,**

having been convicted of Assault 2nd Degree, in the Circuit Court of Houston County, Alabama, Case No. CC-2001-000352.00-01, on or about August 20, 2002–an offense which is punishable by imprisonment for a term exceeding one year under the laws of the State of Alabama–did knowingly possess in and affecting commerce a Charter 2000, Model Undercover, .38 Caliber Revolver, a better description of which is unknown to the Grand Jury.

All in violation of Title 18, United States Code, Section 922(g)(1).

### FORFEITURE ALLEGATION

A.   Count 1 of this indictment is hereby repeated and incorporated herein by reference.

B.   Upon conviction for the violation of Title 18, United States Code, Section 922(g)(1), as alleged in Count 1 of this indictment, the defendant,

**ALEXANDER RUSSAW,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of this offense, including but not limited to the following:

      One Charter 2000, Model Undercover, .38 Caliber Revolver.

    C.    If any of the property described in this forfeiture allegation, as a result of any act or omission of the defendant:

        (1)    cannot be located upon the exercise of due diligence;

        (2)    has been transferred, sold to, or deposited with a third person;

        (3)    has been placed beyond the jurisdiction of the court;

        (4)    has been substantially diminished in value; or,

        (5)    has been commingled with other property which cannot be divided without difficulty, the United States, pursuant to Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c), intends to seek an Order of this Court forfeiting any other property of said defendant up to the value of the property described in the above paragraphs.

All in violation of Title 18, United States Code, Section 922.

                                          A TRUE BILL:

                                          */s/ Foreperson*
                                          Foreperson

*/s/ John T. Harmon*
John T. Harmon
Assistant United States Attorney

*/s/ Christopher A. Snyder*
Christopher A. Snyder
Assistant United States Attorney