**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | **CR. NO. 1:07CR216-MEF** |
| **v.** ) | |
| ) | |
| **ALEXANDER RUSSAW** ) | |
| ) | |

**GOVERNMENT'S MOTION FOR DETENTION**

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and pursuant to 18 U.S.C. 3142(e) and (f) moves for detention for the above-captioned defendant.

1. <u>Eligibility of Cases</u>

    This case is eligible for a detention order because this case involves:

    _____   10 + year crime of violence (18 U.S.C. § 3156)

    _____   10 + year federal crime of terrorism (18 U.S.C. § 2332b(g)(5)(B))

    _____   Maximum sentence of life imprisonment or death

    _____   10 + year drug offense

    _____   Felony, with two prior convictions in the above categories

    _____   Felony involving a minor victim

    ____X____   Felony involving possession or use of a firearm or other destructive device (as defined by 18 U.S.C. § 921) or any other dangerous weapon

    _____   Failure to register as a sex offender (18 U.S.C. § 2250)

    _____   Serious risk the defendant will flee

    _____   Serious risk of obstruction of justice

2. <u>Reason for Detention</u>

The Court should detain defendant because there are no conditions of release which will reasonably assure:

    X          Defendant's appearance as required

    X          Safety of any other person and the community

3. <u>Rebuttable Presumption</u>

The United States will invoke the rebuttable presumption against defendant under Section 3142(e).

   \_\_\_\_\_        Previous conviction for "eligible" offense committed while on pretrial bond, and a period of five years has not elapsed from defendant's conviction or release from imprisonment for the offense described

   \_\_\_\_\_        Probable cause to believe defendant committed 10 + year drug offense or an offense in which a firearm was used or carried under Section 924(c)

   \_\_\_\_\_        Probable cause to believe defendant conspired to kill, kidnap, maim, or injure persons in a foreign country as prohibited under 18 U.S.C. § 956(a)

   \_\_\_\_\_        Probable cause to believe defendant committed act of terrorism transcending national boundaries (18 U.S.C. § 2332) or a 10 + year federal crime of terrorism as defined in 18 U.S.C. § 2332b(g)(5)(B))

   \_\_\_\_\_        Probable cause to believe defendant committed 10 + year offense involving a minor victim

4. <u>Time for Detention Hearing</u>

The United States requests the Court conduct the detention hearing:

   \_\_\_\_\_        At the initial appearance

    X          After continuance of <u>3</u> days

The Government requests leave of Court to file a supplemental motion with additional grounds or presumption for detention should this be necessary.

Respectfully submitted this the 5th day of December, 2007.

                    LEURA G. CANARY
                    United States Attorney

                    /s/ Christopher A. Snyder
                    CHRISTOPHER A. SNYDER
                    Assistant United States Attorney
                    Post Office Box 197
                    Montgomery, Alabama 36101-0197
                    334.223.7280
                    334.223.7135 fax
                    christopher.a.snyder@usdoj.gov

**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) | **CR. NO. 1:07CR216-MEF** |
| **v.** | ) ) |  |
| **ALEXANDER RUSSAW** | ) ) |  |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 5, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney of record.

>Respectfully submitted,
>LEURA G. CANARY
>UNITED STATES ATTORNEY
>
>/s/ Christopher A. Snyder
>CHRISTOPHER A. SNYDER
>Assistant United States Attorney
>Post Office Box 197
>Montgomery, Alabama 36101-0197
>334.223.7280
>334.223.7135 fax
>christopher.a.snyder@usdoj.gov