IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CASE NO: 1:07-CR-216-MEF** |
| | ) | |
| **ALEXANDER RUSSAW** | ) | |

### NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, Michael J. Petersen, and enters his appearance as counsel for **ALEXANDER RUSSAW** in the above-styled matter.

Dated this 6th day of December 2007.

Respectfully submitted,

s/ Michael J. Petersen
**MICHAEL J. PETERSEN**
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: michael_petersen@fd.org
Ala. State Bar No.: ASB-5072-E48M

**CERTIFICATE OF SERVICE**

I hereby certify that on December 6, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Christopher Snyder, Esquire, Assistant United States Attorney.

                                        **s/ Michael J. Petersen**
                                        **MICHAEL J. PETERSEN**
                                        Assistant Federal Defender
                                        201 Monroe Street, Suite 407
                                        Montgomery, Alabama 36104
                                        Phone: (334) 834-2099
                                        Fax: (334) 834-0353
                                        E-mail: michael_petersen@fd.org
                                        Ala. State Bar No.:  ASB-5072-E48M