IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO: 1:07-CR-216-MEF |
| | ) | |
| ALEXANDER RUSSAW | ) | |

### UNOPPOSED MOTION TO CONTINUE TRIAL

**COMES NOW** the Defendant, **ALEXANDER RUSSAW**, by and through his undersigned counsel, Michael J. Petersen, and moves this Court, pursuant to 18 U.S.C. §§ 3161(h)(1)(A), (h)(8)(B)(i), (h)(8)(B)(ii), and (h)(8)(B)(iv), for a continuance of his trial setting of March 17, 2008. As grounds for granting this Motion, Defendant would show the following:

1. On December 5, 2007, Mr. Russaw was charged in a one-count Indictment with being a felon in possession of a firearm.

2. On December 5, 2007, Mr. Russaw appeared before this court and entered a plea of not guilty to the charge.

3. Undersigned counsel's investigation has revealed that Mr. Russaw has a history of mental illness, and has been placed in special education classes during his school years.

4. During the course of undersigned counsel's representation of Mr. Russaw, defense investigation and observation reveals that Mr. Russaw suffers from mental health limitations.

5. The Federal Defender Office is in the process of having Mr. Russaw evaluated by

        Clinical Psychologist Dr. Catherine Boyer. Dr. Boyer has not yet completed her evaluation as we are still awaiting the receipt of mental health and school records for Mr. Russaw. Without these records, Dr. Boyer will be unable to provide us with an accurate assessment of Mr. Russaw's mental condition.

6. Until this evaluation is complete, undersigned counsel is unable to determine if it is relevant for issues of competence, trial (i.e trial strategy) and sentencing and is unable to properly advise Mr. Russaw.

7. The defense will not be in possession of the relevant psychiatric information or criminal history information on or before the presently scheduled trial date of March 17, 2008. Therefore, it is in the interest of justice to continue trial.

8. The government, through Assistant United States Attorney Christopher Snyder, does not oppose the granting of a continuance.

9. Requests for a continuance are addressed to the sound discretion of the trial court. *United States v. Darby*, 744 F.2d 1508, 1521 (11th Cir. 1984), *reh. denied* 749 F.2d 733, *cert. denied* 471 U.S. 1100 (1985). Additionally, pursuant to 18 U.S.C. §§ 3161(h)(1)(A), (h)(1)(I), (h)(4), (h)(8)(B)(I), (h)(8)(B)(ii), and (h)(8)(B)(iv), this Court has authority to continue trial to allow counsel time to conduct necessary psychiatric examinations and investigation and conduct investigation necessary to facilitate a potential resolution that will be reviewed by the court.

**WHEREFORE**, based on the foregoing, Mr. Russaw respectfully requests that his trial date be continued from the presently scheduled March 17, 2008 trial date.

Dated this 27th day of February 2008.

Respectfully submitted,


**s/ Michael J. Petersen**
**MICHAEL J. PETERSEN**
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: michael_petersen@fd.org
Ala. State Bar No.: ASB-5072-E48M

**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **CASE NO: 1:07-CR-216-MEF** |
| ) | |
| **ALEXANDER RUSSAW** ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 27, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Christopher Snyder, AUSA.

Respectfully submitted,

**s/ Michael J. Petersen**
**MICHAEL J. PETERSEN**
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: michael_petersen@fd.org
Ala. State Bar No.: ASB-5072-E48M