**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) | **CR. NO. 1:07CR216-MEF** |
| **v.** | ) ) |  |
| **ALEXANDER RUSSAW** | ) ) |  |

### United States' Motion for Reduction of Offense Level for Acceptance of Responsibility

The United States moves this Court to reduce Defendant Alexander Russaw's offense level by one-level based on Russaw's acceptance of responsibility. As grounds for this Motion, the United States notes:

1. On or about April 11, 2008–approximately one and one-half weeks prior to trial–Russaw's counsel filed a notice of intent to change plea in this case. Prior to this filing, Russaw's counsel had orally advised the United States of Russaw's intent to plead guilty.

2. In this case, this was sufficiently early to permit the Government to avoid preparing for trial and to allocate its resources efficiently.

3. Therefore, under United States Sentencing Guidelines § 3E1.1(b), the United States makes this formal request for a one-level reduction in Russaw's offense level for acceptance of responsibility so that he shall receive a total reduction for acceptance of responsibility of three-levels.

Respectfully submitted this the 9th day of July, 2008.

        LEURA G. CANARY
        UNITED STATES ATTORNEY

        /s/ Christopher Snyder
        CHRISTOPHER A. SNYDER
        Assistant United States Attorney
        131 Clayton Street
        Montgomery, AL 36104
        Phone: (334) 223-7280
        Fax: (334) 223-7135
        E-mail: christopher.a.snyder@usdoj.gov

## **CERTIFICATE OF SERVICE**

    I hereby certify that on July 9, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Michael Petersen.

        /s/ Christopher Snyder
        CHRISTOPHER A. SNYDER
        Assistant United States Attorney