## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| V. | ) | CASE NO: 1:07-CR-216-MEF |
| | ) | |
| **ALEXANDER RUSSAW** | ) | |

## NOTICE OF APPEAL

**COMES NOW** the Defendant, **ALEXANDER RUSSAW,** by and through undersigned counsel, Michael J. Petersen, and files this notice of appeal of his conviction and sentence in the above-referenced matter. The Defendant has previously been found to be indigent and entitled to appointed counsel and is entitled pursuant to 18 U.S.C. Section 3006A(d)(6) to proceed with this appeal without prepayment of fees and costs or security therefore and without filing the affidavit required by Section 1915(a) of Title 28.

Dated this 21st day of July 2008.

Respectfully submitted,

s/ Michael J. Petersen
**MICHAEL J. PETERSEN**
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: michael_petersen@fd.org
Ala. State Bar No.: ASB-5072-E48M

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CASE NO: 1:07-CR-216-MEF** |
| | ) | |
| **ALEXANDER RUSSAW** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 21, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Christopher Snyder, Esquire, Assistant United States Attorney.

s/ Michael J. Petersen
**MICHAEL J. PETERSEN**
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: michael_petersen@fd.org
Ala. State Bar No.: ASB-5072-E48M