AO 245D    (Rev. 09/11) Judgment in a Criminal Case for Revocations
           Sheet 1

# UNITED STATES DISTRICT COURT

Middle District of  Alabama

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| ALEXANDER RUSSAW | Case No.    1:07-cr-216-WHA |
|  | USM No.    10520-002 |
|  | Brandon Thomas |
|  | Defendant's Attorney |

**THE DEFENDANT:**

X  admitted guilt to violation of condition(s)    1-3 of the petition    of the term of supervision.

☐  was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to cooperate with drug testing | 1/14/2016 |
| 2 | Unlawful use of a controlled substance | 1/14/2016 |
| 3 | Failure to file monthly supervision reports | 4/2016 |

   The defendant is sentenced as provided in pages 2 through    2    of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

X  Violation #4 is dismissed on oral motion of the Government.

   It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| Last Four Digits of  Defendant's  Soc. Sec.    4652 | April 19, 2016 |
|---|---|
|  | Date of Imposition of Judgment |
| Defendant's Year of Birth:    1980 |  |
|  | /s/ W. Harold Albritton |
| City and State of Defendant's Residence: | Signature of Judge |
| Ozark, AL |  |
|  | W. Harold Albritton        Senior U. S. District Judge |
|  | Name and Title of Judge |
|  | April 19, 2016 |
|  | Date |

AO 245D    (Rev. 09/11) Judgment in a Criminal Case for Revocations
           Sheet 2— Imprisonment

Judgment — Page 2 of 2

DEFENDANT: ALEXANDER RUSSAW
CASE NUMBER: 1:07-cr-216-WHA

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :
11 months, with no supervision to follow.  It is ORDERED that the term of supervised release imposed on October 15, 2014, is REVOKED.  The court has taken into consideration the policy statements in Chapter 7 of the Guidelines Manual, the guideline range, and all relevant information in imposing the sentence at 11 months.

☐ The court makes the following recommendations to the Bureau of Prisons:

X  The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
   ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ☐ before 2 p.m. on _____ .
   ☐ as notified by the United States Marshal.
   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL